# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN MCNALLY, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:24-cv-00995-JPB |
| DEANA LINDLEY, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:24-cv-03024-JPB |
| PEGGY A. WILLIAMS<br>    Plaintiff,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:24-cv-03124-JPB |

| | |
|---|---|
| PATRICIA A. KENNEMUR, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br>Defendant. | CASE NO.: 1:24-cv-03252-JPB |
| NATHANIEL SEIBERT, on behalf of himself and on behalf of all other similarly situated individuals,<br>　　Plaintiff,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br>Defendant. | CASE NO.: 1:24-cv-03302-JPB |

### ORDER GRANTING DEFENDANT INFOSYS MCCAMISH SYSTEMS, LLC'S MOTION TO CONSOLIDATE CASES

Having considered Defendant Infosys McCamish Systems, LLC's Motion to Consolidate Cases, and any papers and argument submitted in connection therewith, it is hereby ordered for good cause shown that the Motion is **GRANTED**.

The following actions are consolidated for all purposes into *McNally v. Infosys McCamish Sys., Inc.*, No. 1:24-CV-00995-JPB (N.D. Ga. filed Mar. 6, 2024):

- *Lindley v. Infosys McCamish Sys., LLC*, No. 1:24-cv-03024-JPB (N.D. Ga. filed July 8, 2024);

- *Williams v. Infosys McCamish Sys., LLC*, No. 1:24-cv-03124-JPB (N.D. Ga. filed July 15, 2024);

- *Kennemur v. Infosys McCamish Sys., LLC*, No. 1:24-cv-03252-JPB (N.D. Ga. filed July 23, 2024); and

- *Seibert v. Infosys McCamish Sys., LLC*, No. 1:24-cv-03302-JPB (N.D. Ga. filed July 25, 2024).

The Clerk is directed to close *Lindley*, *Williams*, *Kennemur*, and *Seibert*. This order does not modify the preliminary schedule in *McNally v. Infosys McCamish Sys., Inc.*, No. 1:24-CV-00995-JPB (N.D. Ga. filed Mar. 6, 2024), which schedule will continue to govern the consolidated cases. See *McNally*, ECF Nos. 19-1, 21.

Because the consolidation motion has been granted, it is further ordered that the motions to stay are **DENIED** as moot.

**IT IS SO ORDERED**, this 7th day of August, 2024.

J. P. BOULEE
United States District Judge