THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN MCNALLY and KELLY COLLINS, on behalf of themselves and all others similarly situated,<br><br> Plaintiffs,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br><br> Defendant. | Case No.: 1:24-CV-00995- JPB |

## ORDER APPOINTING LEADERSHIP

This matter is before the Court on Plaintiffs' Amended Motion to Appoint Interim Class Counsel (Doc. 24) and Plaintiffs' Motion to Appoint Interim Executive Committee (Doc. 28). The Court has weighed the considerations set forth in Rule 23(g)(2), including: (i) counsel's work in identifying or investigating potential claims, (ii) counsel's experience in handling class actions and the types of claims involved, (iii) counsel's knowledge of the applicable laws, and (iv) the resources counsel commits to representing the class. *See* Fed. R. Civ. P. 23(g)(1)(A). The Court has also considered counsel's willingness and ability to commit to a time-consuming process and the ability to work cooperatively with others. Having

considered all timely submissions in light of the criteria set forth above and in the Manual for Complex Litigation and Rule 23(g)(2), the Court hereby appoints the following leadership:

### A. Plaintiffs' Interim Co-Lead Counsel

The Court hereby appoints the following attorneys as the Plaintiffs' Interim Co-Lead Counsel:

> **Patrick A. Barthle II**
> Morgan & Morgan
> Complex Litigation Group
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602
>
> **Kevin Laukaitis**
> Laukaitis Law LLC
> 954 Avenida Ponce De Leon
> Suite 205, #10518
> San Juan, PR 00907
>
> **Gary M. Klinger**
> Milberg Coleman Bryson Phillips Grossman PLLC
> 227 W. Monroe Street, Suite 2100
> Chicago, Illinois 60606

### B. Plaintiffs' Interim Liaison Counsel

The Court hereby appoints the following attorney as the Plaintiffs' Interim Liaison Counsel:

> **J. Cameron Tribble**
> The Barnes Law Group, LLC
> 31 Atlanta Street
> Marietta, Georgia 30060

### C. Co-Interim Class Counsel

The Co-Lead Counsel and Liaison Counsel are also hereby designated as Co-Interim Class Counsel pursuant to Rule 23(g) to "act on behalf of a putative class before determining whether to certify the action as a class action." *See id*.

### D. Plaintiffs' Interim Executive Committee

The Court hereby appoints the following attorneys as the Plaintiffs' Interim Executive Committee:

> **Charles E. Schaffer**
> Levin Sedran & Berman LLP
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106
>
> **Jeffrey S. Goldenberg**
> Goldenberg Schneider, LPA
> 4445 Lake Forest Drive, Suite 490
> Cincinnati, Ohio 45242
>
> **Jeff Ostrow**
> Kopelowitz Ostrow P.A.
> One West Las Olas Boulevard, Suite 500
> Fort Lauderdale, FL 33301
>
> **Ryan D. Maxey**
> Maxey Law Firm, P.A.
> 107 N. 11th St. #402
> Tampa, Florida 33602
>
> **William B. Federman**
> Federman & Sherwood
> 10205 N. Pennsylvania Ave
> Oklahoma City, OK 73120

### E. **Duties of Interim Co-Lead Counsel**

The Interim Co-Lead Counsel shall, along with Liaison Counsel, have the following responsibilities and sole authority to:

1. Direct and manage pretrial proceedings on behalf of all Plaintiffs, including the briefing and argument of motions and the conduct of all types of discovery proceedings;

2. Delegate work responsibilities to other Plaintiffs' counsel and monitor the activities of all Plaintiffs' counsel to assure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expense are avoided;

3. Consult with and employ consultants or experts, as necessary;

4. Coordinate with other Plaintiffs' Counsel in management of the litigation and fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a plaintiffs' document depository, see Manual for Complex Litigation, Fourth, section 40.261;

5. Coordinate settlement discussions or other dispute resolution efforts on behalf of the Plaintiffs, as appropriate;

6. Enter into stipulations with other parties as necessary for the conduct of the litigation;

7. Prepare and distribute to the parties periodic status reports;

8. Maintain adequate time and disbursement records covering services as appointed counsel;

9. Submit to the Court and circulate to Plaintiffs' Counsel a time and expense reporting protocol consistent with this Order governing the submission and potential compensation of time and expense spent in this matter; and

10. Perform such other duties as may be incidental to proper coordination with other Plaintiff's Counsel's pretrial activities or as authorized by further Order of the Court.

### F. Duties of Interim Liaison Counsel

Interim Liaison Counsel shall have the following responsibilities:

1. Communicate with the Court, on behalf of Co-Lead Counsel, concerning scheduling and other administrative matters;

2. Maintain, for any circumstances where documents may not be electronically filed via CM/ECF, an up-to-date, comprehensive Service List of all Plaintiffs' Counsel, to be made available at the request of the Court and Defendant's counsel;

3. Receive and distribute to Plaintiffs' counsel, as appropriate, Orders, notices, and correspondence from the Court, to the extent such documents are not electronically filed; and

4. Receive and distribute to Plaintiffs' counsel, as appropriate, discovery,

pleadings, correspondence, and other documents from Defendant's counsel that are not electronically filed.

### G. Duties of Plaintiffs' Interim Executive Committee

The Interim Executive Committee may, at the direction of Co-Interim Class Counsel, act to aid the effective and efficient conduct of this litigation and participate in the determination of significant matters that arise in the litigation.

### H. Other Responsibilities of Plaintiffs' Counsel

1. All Counsel must keep a daily record of their time spent and expenses incurred in connection with this litigation and must report on a monthly basis their expenses and hours worked to Interim Co-Lead and Liaison Counsel. Interim Co-Lead or Liaison Counsel will make such records and reports available to members of the Executive Committee upon request. In order for their time and expenses to be compensable, those not serving in leadership positions must secure the express authorization of Co-Interim Class Counsel for any projects or work undertaken in this litigation. Time and expenses incurred prior to the appointment of Interim Co-Lead Counsel should be submitted for consideration for compensation only to the extent it has contributed to the advancement of the litigation as a whole.

2. On a quarterly basis, beginning on November 1, 2024, and thereafter on the last business day of each July, October, January, and April, Interim Co-Lead or Liaison Counsel shall submit to the Court in camera reports reflecting hours billed

in this matter by all Plaintiffs' counsel. Failure to maintain and submit records with sufficient descriptions of the time spent and expenses incurred may be grounds for denying attorneys' fees and/or expenses, for the period that relates to the missing or inadequate submissions.

**SO ORDERED** this 8th day of October, 2024.

_____
J. P. BOULEE
United States District Judge