# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN MCNALLY, et al., individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INFOSYS MCCAMISH SYSTEMS, LLC, <br><br> Defendant. | Case No. 1:24-CV-00995-JPJ <br> Judge J.P. Boulee |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS

Plaintiffs John McNally, Joyce Newman, Patricia Kennemur, Kelly Collins, Deana Lindley, Josh Strock, Mahomad Raychouni, and Nathaniel Seibert ("Plaintiffs") hereby submit this Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Settlement Class in Support of Plaintiffs' Brief.

In support of the Motion, Plaintiffs submits here their Memorandum in Support; the Settlement Agreement and Release (attached as ***Exhibit 1*** to the Memorandum), with accompanying exhibits; the Joint Declaration of Class Counsel (attached as ***Exhibit 2*** to the Memorandum); and a proposed Order Granting

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement is attached as **Exhibit D** to the Settlement Agreement and Release.

For the reasons set forth in the Memorandum, Plaintiffs respectfully request that the Court: (1) grant preliminary approval of the Settlement; (2) certify for settlement purposes the proposed Settlement Class, pursuant to Rule 23(b)(3) and (e) of the Federal Rules of Civil Procedure; (3) approve the Notice Program set forth in the Settlement Agreement, including the form and content of the Notices; (4) approve the opt-out and objection procedures set forth in the Notice Program; (5) appoint Plaintiffs as Class Representatives; (6) appoint as Class Counsel the law firms and attorneys listed in the Agreement; and (7) schedule a Final Approval Hearing (allowing at least 150 days after the date of the Preliminary Approval Order).

| | |
|---|---|
| Dated: May 9, 2025. | /s/ *J. Cameron Tribble* <br> J. Cameron Tribble <br> Georgia Bar No. 754759 <br> **THE BARNES LAW GROUP, LLC** <br> 31 Atlanta Street <br> Marietta, GA 30060 <br> Telephone: (770) 227-6375 <br> Facsimile: (770) 227-6373 <br> Email: ctribble@barneslawgroup.com <br><br> ***Interim Liaison Counsel*** <br><br> Patrick A. Barthle II* <br> Florida Bar No. 99286 <br> **MORGAN & MORGAN** |

**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 229-4023
Facsimile: (813) 222-4708
Email: pbarthle@ForThePeople.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Facsimile: (865) 522-0049
Email: gklinger@milberg.com

Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Interim Co-Lead Counsel*

Ryan D. Maxey*
**MAXEY LAW FIRM, P.A.**
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
Email: ryan@maxeyfirm.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: ostrow@kolawyers.com

Jeffrey Goldenberg*
**GOLDENBERG SCHNEIDER, L.P.A.**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: 513-345-8297
Email: jgoldenberg@gs-legal.com

Charles E. Schaffer*
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: cschaffer@lfsblaw.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

*Interim Executive Committee*

*Admitted pro hac vice

## CERTIFICATE OF COMPLIANCE

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing has been prepared using 14 point Times New Roman font, with margins of not less than 1 inch.

*/s/ J. Cameron Tribble*
J. Cameron Tribble

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which automatically sends e-mail notification of filing to any attorneys of record.

Dated: May 9, 2025.                **BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
31 Atlanta Street
Marietta, GA 30060
Telephone: 770-227-6375
Email: roy@barneslawgroup.com
Email: ctribble@barneslawgroup.com