UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| PEGGY A. WILLIAMS, individually<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS MCCAMISH SYSTEMS, LLC,<br><br>Defendant. | Case No.: 1:24-cv-00995-JPB<br><br>**MOTION TO OPT OUT OF CLASS ACTION AND PROCEED WITH INDIVIDUAL CLAIM**<br><br>FILED IN CHAMBERS<br>U.S.D.C. Atlanta<br><br>OCT 30 2025<br><br>Kevin P. Weimer, Clerk<br>By: _____ Deputy Clerk |

COMES NOW the Plaintiff, Peggy A. Williams, and respectfully moves this Honorable Court for an order permitting Plaintiff to opt out of the pending class action and proceed with an individual claim. In support of this motion, Plaintiff states as follows:

1. Plaintiff is a member of the proposed class in the matter of Infosys McCamish Systems, LLC, which alleges harm resulting from the unauthorized disclosure of personally identifiable information (PII).

2. Plaintiff has suffered specific and individualized personal injuries (PI) directly tied to the exposure of their PII, including but not limited to identity theft, financial loss, emotional distress, and business disruption. The Plaintiff has the right to make a claim without fear, intimidation, or the use of abusive and coercive tactics.

3. The nature and extent of Plaintiff's damages exceed those contemplated by the class settlement and are not adequately addressed by the class-wide relief.

4. Plaintiff seeks to preserve the right to pursue full and fair compensation through an individual claim, which allows for a more thorough presentation of facts and damages.

5. Plaintiff has timely submitted a request to opt out of the class action in accordance with the procedures outlined in the class notice.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Opt Out of the Class Action;

- Permit Plaintiff to proceed with an individual claim against Defendant;

- And grant such other relief as the Court deems just and proper.

Respectfully submitted,

*Peggy A. Williams*
Peggy A. Williams, pro se
P.O. Box 21971
San Jose, CA  95151
408-520-8022
pawwil@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the above document to be filed with the Clerk of the Court using physical mail, which will send notification of such document to counsel of record.

In accordance with the Court's standing order Section II.d.ii, to be served a true and correct copy to Defendant's Counsel, via physical mail at the following addresses:

Jeff Ostrow, Managing Partner
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., suite 500
Fort Lauderdale, Florida 33301

John I. Karin
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022


Dated:   October 27, 2025

Peggy A. Williams

## CERTIFICATE OF COMPLIANCE

The Plaintiff below hereby certifies that this document was prepared in Times New Roman 14-point font, double-spaced, with margins of not less than 1 inch.

Dated:   October 27, 2025

_Peggy A. Williams_
Peggy A. Williams

October 27, 2025

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 30 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

United States District Court
Honorable J. P. Boulee, United States District Judge
1988 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3309

Honorable J. P. Boulee,

Please find enclosed a copy of the proposed Motion To Opt Out Of Class Action and Proceed with Individual Claim.  After a subpoena and several discouraging phone calls and emails from the class action Lead Attorneys, except one, I have decided to opt out and proceed as an individual.

For the reasons explained above and the deadlines, I am requesting that the Court grant permission for the support of pro se in this matter.


Thank you,

Peggy A. Williams, *pro se*
P.O. Box 21971
San Jose, CA  95151



USPS
30303
RDC 99

OCT 27, 2025
$7.20
S2324K504271-63

CERTIFIED MAIL
9589 0710 5270 2725 9869 87

P.O. Box 21971
San Jose, CA 95151

United States District Court
Honorable J. P. Boulee, United States District Judge
1988 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

CLEARED DATE
OCT 30 2025

CLEARED SECURITY
OCT 3 0 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia