# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN MCNALLY, et al.,          )<br>                                )<br>    Plaintiffs,                )<br>v.                              )<br>                                )   CASE NO.: 1:24-cv-00995-JPB<br>INFOSYS MCCAMISH SYSTEMS, LLC,  )<br>                                )<br>    Defendant.                  )<br>                                )| |

## DEFENDANT INFOSYS MCCAMISH SYSTEMS, LLC'S RESPONSE TO *PRO SE* MOTION TO OPT OUT OF CLASS ACTION AND PROCEED WITH INDIVIDUAL CLAIM

Ben W. Thorpe (Ga. Bar 874911)
Ronan P. Doherty (Ga. Bar 224885)
Amanda D. Bradley (Ga. Bar 560602)
BONDURANT, MIXSON &
ELMORE, LLP
1201 W. Peachtree St. NW #3900
Atlanta, GA 30309

Caz Hashemi (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304

Eric Tuttle (*pro hac vice*)
WILSON SONSINI GOODRICH &
ROSATI
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013

*Counsel for Infosys McCamish Systems, LLC*
*(\*Additional counsel listed on signature page)*

On or around October 30, 2025, *pro se* Plaintiff Peggy A. Williams submitted a "Motion to Opt Out of Class Action and Proceed with Individual Claim." ECF No. 67. Ms. Williams writes that she "has timely submitted a request to opt out of the class action in accordance with the procedures outlined in the class notice." *Id.* at 2. She requests an "order permitting [her] to opt out of the pending class action and proceed with an individual claim." *Id.* at 1.

To the extent the Court construes her motion as a request for exclusion from the class action settlement in this case, Ms. Williams should follow (or continue to follow) the procedures required by the settlement agreement, consistent with the Court's previous orders. *See* ECF No. 55 at 7-8 (describing procedure for opting out); *see also* ECF No. 58 at 4 (ruling that a previous submission from Ms. Williams does "not comply with this Court's previous Order that specified how objections were to be presented"). To the extent the Court construes Ms. Williams' motion as a request to re-open her currently closed case, *Williams v. Infosys McCamish Systems, LLC*, Case No. 1:24-cv-03124 (N.D. Ga.), Defendant does not oppose that request (though Defendant also does not concede that certain assertions made in Ms. Williams' motion are accurate). However, Defendant respectfully requests that the Court stay her case until the Court has granted or denied final approval of the class settlement in the above-referenced case. Granting a stay would facilitate efficient adjudication of the class settlement by minimizing distraction from duplicative

filings.  A stay would not prejudice Ms. Williams because it would be brief, as the final approval hearing is scheduled for December 18, 2025.  ECF No. 55 at 4.

Defendant further requests that the Court issue the below scheduling order to take effect once the stay is lifted:

- 60 days for Ms. Williams to amend her complaint or confirm that she intends to proceed with her current complaint;
- 60 days for Defendant to respond to Ms. Williams' complaint;
- 60 days for Ms. Williams to oppose any motion to dismiss;
- 45 days for Defendant to reply in support of any motion to dismiss.

Such a schedule would ensure that the parties have adequate time to present any issues in a form that the Court may find most helpful.

Finally, if the Court decides to re-open Ms. Williams' case but not stay it, Defendant respectfully requests that the Court issue the above scheduling order to take effect when the Court grants Ms. Williams' motion.  The schedule ensures that the parties have adequate time to prepare any amended complaint and analyze and respond to relevant issues in connection with the re-opening of the case.

Dated: November 13, 2025          Respectfully submitted,

BONDURANT, MIXSON & ELMORE, LLP

*/s/ Ben W. Thorpe*
Ben W. Thorpe (Ga. Bar No. 874911)
Ronan P. Doherty (Ga. Bar No. 224885)
Amanda D. Bradley (Ga. Bar No. 560602)
1201 W. Peachtree St. NW #3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
bthorpe@bmelaw.com
doherty@bmelaw.com
bradley@bmelaw.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Caz Hashemi*
Caz Hashemi (*pro hac vice*)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
chashemi@wsgr.com

Eric Tuttle (*pro hac vice*)
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
eric.tuttle@wsgr.com

3

John Karin (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jkarin@wsgr.com

*Counsel for Defendant*
*Infosys McCamish Systems, LLC*

## **CERTIFICATE OF COMPLIANCE**

The counsel below hereby certifies that this document was prepared in Times New Roman 14-point font, double spaced, with margins of not less than 1 inch.

Dated: November 13, 2025

                                      */s/ Caz Hashemi*
                                      Caz Hashemi

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the above document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such document to all counsel of record.

In accordance with the Court's standing order Section II.d.ii, I also caused to be served a true and correct copy to Plaintiff Williams, proceeding *pro se*, via physical mail and electronic mail at the following addresses:

Peggy A. Williams
P.O. Box 21971
San Jose, CA 95151
pawwil@yahoo.com

Dated: November 13, 2025

>                          */s/ Caz Hashemi*
>                          Caz Hashemi